UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---:|
| **Chabad of Prospect, Inc.,** | **Plaintiff** |
| v. | No. 3:20-cv-737-BJB |
| **Louisville Metro Board of Zoning Adjustment,** | **Defendant** |

\* \* \* \* \*

**JUDGMENT**

In light of the motion to dismiss (DN [12]), and the Court's opinion granting that motion, the Court enters **JUDGMENT** in favor of the Defendant with prejudice.

cc: counsel of record

Benjamin Beaton, District Judge
United States District Court

August 23, 2022